No. 26551.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

### BATSON v. STATE.

No. 26469.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for misdemeanor theft; the punishment assessed is confinement in the county jail for 90 days.

The record is before us without any statement of facts or bills of exception. In the absence thereof no question is presented for review.

All matters of procedure being in regular form, the judgment of the trial court is affirmed.